# First District Court of Appeal
## State of Florida

_____

No. 1D2024-2875
_____

Carlton Benjamen Parrish,

Appellant,

v.

State of Florida,

Appellee.

_____

On appeal from the Circuit Court for Alachua County.
James M. Colaw, Judge.

January 9, 2026

Per Curiam.

Affirmed.

Bilbrey, Kelsey, and Long, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Jasmine R. Dixon, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, and Amanda A. Uwaibi, Assistant Attorney General, Tallahassee, for Appellee.